# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| TYRONE BOROUGH, TYRONE FIRE POLICE, AN UNINCORPORATED ASSOCIATION, NEPTUNE STEAM FIRE CO. NO. 1 OF TYRONE, PA, AND BLAZING ARROW HOOK AND LADDER VOLUNTEER FIRE COMPANY, TYRONE VOLUNTEER FIREFIGHTER'S RELIEF ASSOCIATION, | : No. 3 WM 2015 |
| Respondents | : |
| v. | : |
| TYRONE FIRE PATROL COMPANY, NO. 1, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2015, the Petition for Review is **DENIED**.